IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION
FILED IN OFFICE
Deputy Clerk

UNITED STATES OF AMERICA          *

     VS.                                     *          CRIMINAL ACTION NO. 105-47

SEVERO S. DELATORRE                  *

## O R D E R

IT IS HEREBY ORDERED that due to the nature of Government's Exhibit 1,

which was submitted by the Government during the jury trial in the above captioned case, the

stated exhibits  are to be returned to counsel for the United States of America  for safekeeping

overnight..

SO ORDERED this 14th day of November, 2006.

_____
DUDLEY H. BOWEN, JR.,  JUDGE
UNITED STATES DISTRICT COURT